**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7653**

———————

ROBERT A. BOEH, JR.,

                                        Plaintiff - Appellant,

      versus

ROBERT KUPEC, Warden, Eastern Correctional
Institution; KATHLEEN GREEN, Assistant Warden;
ROBERT RITCHEY, Chief of Security; LIEUTENANT
HELMS; CAPTAIN VANN,

                                      Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-01-1901-AW)

———————

Submitted: December 7, 2001      Decided: December 27, 2001

———————

Before LUTTIG, TRAXLER, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Robert A. Boeh, Jr., Appellant Pro Se. Sharon Stanley Street,
Assistant Attorney General, Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Robert A. Boeh, Jr. appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Boeh v. Kupec, No. CA-01-1901-AW (D. Md. Aug. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2